**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 06 91S |
| | : | Cr. No. |
| v. | : | |
| | : | In Violation of 18 U.S.C. |
| | : | § 1344 |
| JODIE WALSH | : | |

**INDICTMENT**

The Grand Jury charges that:

**COUNTS 1- 51**

(Bank Fraud)

**INTRODUCTION**

At all times relevant to this Indictment:

1. Citibank (West) FSB, was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation ("Citibank").

2. JODIE WALSH and her husband, Michael Walsh, maintained a line of credit at Citibank in the amount of $69,500.00, more or less ("Line of Credit).

3. JODIE WALSH was employed at Envision Technology Advisors ("Envision").

4. During the course of her employment at Envision, JODIE WALSH had access to bank account information for various companies doing business with Envision ("Envision clients").

**The Scheme and Artifice to Defraud**

5. Beginning in or about August 2004 through in or about November 2004, in the District of Rhode Island and elsewhere, the defendant, JODIE WALSH, began to copy the bank account information of Envision clients and then used that information to create fraudulent computerized checks.

6. The computerized checks were then made payable to Citibank and presented to Citibank for payment on the Line of Credit ("phony payments").

7. As the phony payments were credited to the Line of Credit, defendant JODIE WALSH would withdraw more funds using a checking account assigned to the Line of Credit. The funds were used to pay for various personal expenses including a swimming pool.

8. As a result of this scheme and artifice to defraud, defendant JODIE WALSH obtained approximately $286,300.00.

9. From, beginning in or about August 2004 through in or about November 2004, the exact dates being unknown to the Grand Jury, within the District of Rhode Island and elsewhere, the defendant, JODIE WALSH, knowingly executed and attempted to execute a scheme and artifice to defraud Citibank, and to obtain money under the custody and control of Citibank, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, by submitting

fraudulent checks to Citibank as indicated in the following chart, with each such check constituting a separate Count of this Indictment:

| COUNT | DATE (On or about) | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| 1 | August 25, 2004 | 4118 | $5,550.00 |
| 2 | August 25, 2004 | 648721 | $1,500.00 |
| 3 | August 25, 2004 | 217753 | $5,750.00 |
| 4 | August 25, 2004 | 7881 | $5,750.00 |
| 5 | September 1, 2004 | 5213 | $6,800.00 |
| 6 | September 2, 2004 | 8119 | $5,550.00 |
| 7 | September 2, 2004 | 218875 | $5,750.00 |
| 8 | September 2, 2004 | 8117 | $5,750.00 |
| 9 | September 7, 2004 | 964320 | $5,750.00 |
| 10 | September 7, 2004 | 84556 | $5,750.00 |
| 11 | September 9, 2004 | 142412 | $6,800.00 |
| 12 | September 15, 2004 | 7533 | $6,800.00 |
| 13 | September 15, 2004 | 143331 | $6,950.00 |
| 14 | September 17, 2004 | 23787 | $5,000.00 |
| 15 | September 17, 2004 | 8445 | $7,600.00 |
| 16 | September 17, 2004 | 143485 | $6,900.00 |
| 17 | September 17, 2004 | 143335 | $5,500.00 |
| 18 | September 17, 2004 | 69667 | $5,700.00 |
| 19 | September 17, 2004 | 7566 | $5,500.00 |
| 20 | September 20, 2004 | 23787 | $7,000.00 |
| 21 | September 20, 2004 | 69667 | $5,000.00 |
| 22 | September 20, 2004 | 7566 | $4,000.00 |
| 23 | September 22, 2004 | 5322 | $6,700.00 |

| | | | |
|---|---|---|---|
| 24 | September 23, 2004 | 15933 | $5,000.00 |
| 25 | September 24, 2004 | 656 | $4,500.00 |
| 26 | September 24, 2004 | 8445 | $6,000.00 |
| 27 | September 29, 2004 | 15933 | $5,200.00 |
| 28 | September 29, 2004 | 8779 | $6,200.00 |
| 29 | September 29, 2004 | 9887 | $7,600.00 |
| 30 | September 29, 2004 | 8445 | $7,600.00 |
| 31 | September 29, 2004 | 149950 | $7,000.00 |
| 32 | September 29, 2004 | 23787 | $3,000.00 |
| 33 | September 30, 2004 | 8750 | $5,000.00 |
| 34 | October 5, 2004 | 7998 | $7,600.00 |
| 35 | October 5, 2004 | 6615 | $5,750.00 |
| 36 | October 5, 2004 | 154770 | $5,500.00 |
| 37 | October 5, 2004 | 988744 | $5,500.00 |
| 38 | October 5, 2004 | 13215 | $3,500.00 |
| 39 | October 5, 2004 | 86645 | $5,750.00 |
| 40 | October 6, 2004 | 158875 | $3,500.00 |
| 41 | October 6, 2004 | 96154 | $3,500.00 |
| 42 | October 19, 2004 | 18098 | $4,500.00 |
| 43 | October 19, 2004 | 4788 | $3,000.00 |
| 44 | October 25, 2004 | 788 | $3,500.00 |
| 45 | October 25, 2004 | 71311 | $6,000.00 |
| 46 | October 25, 2004 | 20877 | $4,875.00 |
| 47 | October 25, 2004 | 7113 | $6,425.00 |
| 48 | October 25, 2004 | 96687 | $5,750.00 |
| 49 | October 25, 2004 | 76688 | $6,700.00 |
| 50 | November 4, 2004 | 8778 | $6,700.00 |
| 51 | November 4, 2004 | 8778 | $7,800.00 |

All in violation of 18 U.S.C. § 1344.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Criminal Chief

RICHARD W. ROSE
Assistant U.S. Attorney

Date: 8/2/06