AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

## APPEARANCE

U.S.
v.
Jodie Welch

Case Number: CR06-91S.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jodie Welch

I certify that I am admitted to practice in this court.

8-14-06

Date

Signature

Edward C Roy, Jr 3029

Print Name Bar Number

10 Weybosset Street, Ste. 300

Address

Providence, RI 02903

City State Zip Code

401-528-4281 401-528-4285

Phone Number Fax Number