# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JODIE WALSH

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR06-91S

RECEIVED
AUG 03 2006
US MARSHALS
RHODE ISLAND

(Name and Address of Defendant)

PLEASE CONTACT PRETRIAL SERVICES AT 401-752-7300 AS SOON AS POSSIBLE TO SCHEDULE AN APPOINTMENT PRIOR TO THE HEARING.

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>AUGUST 14, 2006 AT 10:00 A.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1344

2006 AUG -9 P 12: 33
RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA

Brief description of offense:

BANK FRAUD

[signature]

Signature of Issuing Officer

August 4, 2006

Date

JEANNINE THEALL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: Jodie Walsh

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8/11/06
Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.