UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. NO. 1:06-cr-91S |
| JODIE WALSH | : | |

MOTION TO CONTINUE TRIAL

NOW COMES the defendant, Jodie Walsh, and through counsel, moves this Honorable Court to continue the within matter for an additional sixty (60) days. This case is presently scheduled for empanelment on October 3, 2006. In support of this motion, discovery was received by defense counsel on August 29, 2006. The discovery is extensive including the hard drives of two computers. Defense counsel needs to review all these matters with the defendant and given the complexity of the case will not be able to fully review this matter prior to the trial calendar call of September 19, 2006. Defendant asks for the sixty (60) day continuance because defense counsel may need to hire a computer expert to review the analyses of the hard drives forwarded to him by the government.

As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

JODIE WALSH
By her Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 1st day of September 2006, I served by electronic notification the within motion to Richard Rose, AUSA.

/s/ Edward C. Roy
Assistant Federal Public Defender