UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. NO. 1:06-cr-91S

JODIE WALSH :

MOTION TO CONTINUE TRIAL

NOW COMES the defendant, Jodie Walsh, and through counsel, moves this Honorable Court to continue the within matter for an additional thirty (30) days. This case is presently scheduled for empanelment on December 5, 2006. In support of this motion, the defendant was only recently released from prison and needs the additional time to review the voluminous discovery that has been provided by the government in this case.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

JODIE WALSH
By her Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 20th day of November 2006, I served by electronic notification the within motion to Richard Rose, AUSA.

/s/ Edward C. Roy
Assistant Federal Public Defender