PAUL B. SIBLEY
ATTORNEY AT LAW
12 COTTON STREET
NEWTON, MASSACHUSETTS 02458
617-720-6000
617-227-3674 Fax

April 20, 2005

Debbie O'Connor / Terri Evans
Citi Mortgage, Inc
M.S. 514
1000 Technology Dr
O'Fallon, MO 63179

Re: Mortgagors: Walsh
Property Address: 8 Horton Dr, Norton, MA
Loan Number: 2709032391
Check Amount: 105,906.44

Dear Sir/Madam:

Enclosed please find check in the above amount in full satisfaction of the above mortgage. Kindly issue a discharge of mortgage, forwarding same to this office. Any overage may be sent directly to the mortgagors at the above address.

Thank you.

Very truly yours,

[signature]

PAUL B SIBLEY ESQ
CONVEYANCING IOLTA ACCOUNT I
12 COTTON ST
NEWTON MA 02458

1241

5-7017/21

DATE 4/20/05

PAY TO THE ORDER OF Citi Mortgage, Inc $ 105,906 44/100

One Hundred Five Thousand Nine Hundred Six — 44/100 DOLLARS

CITIZENS BANK
Massachusetts

FOR Walsh

[signature]

⑈001241⑈ ⑆211070175⑆ 1302495892⑈

citi

CitiMortgage, Inc.
M.S. 502
P.O. Box 790102
St. Louis, MO. 63179-0102

Page: 15 Document Name: untitled

PAYOFF STATEMENT

SEND TO:

PAUL
617-227-3674

BORROWER:

JODIE WALSH
MICHAEL P WALSH
8 HORTIN DR
NORTON MA 027660000

PAYOFF STATEMENT FOR 105-05-13 FOR ACCOUNT 270903239-1

| | |
|---|---|
| PRINCIPAL BALANCE AS OF 105-04-13 | 100,025.27 |
| INTEREST AT 7.250000 | 4,026.97 |
| CREDIT PROTECTION DUE | .00 |
| CHARGES DUE | 716.00 |
| PRE-PAYMENT PENALTIES | 716.00 |
| OTHER DUE | .00 |
| TOTAL AMOUNT TO PAY LOAN IN FULL | 105,484.24 |

THIS PAYOFF FIGURE WILL CHANGE AFTER THE ABOVE DATE. SHOULD YOU NEED AN UPDATED FIGURE, PLEASE CONTACT OUR CUSTOMER SERVICE DEPARTMENT.

Please add $25.00
for Fax Fee

19.86

PER DIEM INTEREST

CitiMortgage, Inc. Performs client account servicing for Citibank, NA, Citibank (South Dakota) NA, Citibank FSB, and Citibank (West) FSB.

Date: 04/13/2005 Time: 4:50:00 PM

citi

This letter is in response to your inquiry and includes a payoff statement which represents the amount required to pay your loan / mortgage in full.

The payoff figure will be valid only through the date shown on the attached payoff statement and is subject to change due to any account activity.

**PAYOFF FUNDS WILL NOT BE ACCEPTED AT ANY CITIBANK FINANCIAL CENTER.**

** Please include a copy of the payoff statement with the funds and notate the account number on the check. **If available, include a copy of the title policy.** Release documents will be sent approximately 30 days after CitiMortgage, Inc. receives the payoff funds. To ensure proper handling, please include any forwarding addresses.

California payoff requests and updates must be requested in writing. Fees of $40.00 will be charged as follows: $30.00 demand fee and $10.00 recording fee on every California payoff statement.

For your convenience wire transfers may be utilized. Please include an $11.00 wire processing fee. Include the customer loan / mortgage account number on all wire information. Otherwise payoffs should be made by certified check to CitiMortgage, Inc., and addressed as follows:

**Air Express:**
**CitiMortgage, Inc.**
**Attn: ~~Payoff Dept.~~ M.S. ~~502~~** 514
**1000 Technology Drive**
**O'Fallon, MO. 63179**

ATT: DEBBIE O'CONNOR | TERRI EVANS

**Regular Mail:**
**CitiMortgage, Inc.**
**Attn: Payoff Dept. M.S. 502**
**P.O. Box 790102**
**St. Louis, MO. 63179**

**Wire Transfers:**
**U.S. Bank**
**ABA # 081000210**
**Credit to: CitiMortgage, Inc.**
**CitiMortgage Account #1308160744**

Tax and insurance payments may be made during the payoff statement period. We will pay any tax or insurance bill (s) we receive before the payoff. We will look to the closing agent for total funds if duplicate tax/insurance payments occur. The above information covers a 60 day period from this statement date. The Mortgagor, not CitiMortgage, Inc., will be responsible for their own tax and insurance payments after payoff of the loan.

If the account is an ESA/Preferred Line, the Close/Termination letter must accompany the payoff funds in order to secure a release of lien. If this letter is not returned with the payoff funds, the line will remain OPEN and it will be considered a paydown only. This may cause the account to incur additional fees.

Please contact CitiMortgage, Inc. at 1-800-685-0935 if you have EZ Pay drafting so it may be discontinued.

*CitiMortgage, Inc. Performs client account servicing for Citibank, NA, Citibank (South Dakota) NA, Citibank FSB, and Citibank (West) FSB.*

Total Pages: 1

Property Address:
8 HORTON DRIVE, NORTON, 02766

## DISCHARGE OF MORTGAGE

CITIMORTGAGE, INC. #:2001407932 "WALSH" Lender ID:120/2001407932 Bristol Northern District, Massachusetts

KNOW ALL MEN BY THESE PRESENTS that CITIMORTGAGE, INC. whose address is 5280 CORPORATE DRIVE, MC 22-528-1020, FREDERICK, MD 21703 holder of a certain Mortgage, whose parties, dates and recording information are below, does hereby acknowledge that it has received full payment and satisfaction of the same, and in consideration thereof, does hereby cancel and discharge said Mortgage.

Original Mortgagor: MICHAEL P. WALSH AND JODIE A. WALSH
Original Mortgagee: THE CANTON INSTITUTION FOR SAVINGS, THE BANK OF CANTON
Date Executed: 11/25/2003 Recorded: 11/25/2003 in Book/Reel/Liber: 13066 Page/Folio: 299 as Instrument No.: 115057
In the County of Bristol Northern District, State of Massachusetts

Property Address: 8 HORTON DRIVE, NORTON, MA 02766

IN WITNESSOF, the said CITIMORTGAGE, INC. by its authorized officer, has hereunto set its corporate seal.

CITIMORTGAGE, INC.
On May 24th, 2005

By:________________________
MERHL GIBSON, Vice-President

CITIMORTGAGE, INC. CORPORATE SEAL NEW YORK

STATE OF Maryland
COUNTY OF Frederick

On May 24th, 2005, before me, Jane Eyler, a Notary Public in and for Frederick County, in the State of Maryland, personally appeared MERHL GIBSON, Vice-President who acknowledged himself/herself to be the aforesaid officer of the above named corporation, and that he/she, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself/herself as the officer designated therein.In witness whereof I hereunto set my hand and official seal,

WITNESS my hand and official seal,

________________________
JANE EYLER
Notary Expires: 11/01/2005

JANE EYLER NOTARY PUBLIC FREDERICK CO., MD

*VMA*VM1CITM*05/23/2005 02:39:09 AM* CITM01CITM000000000000001448565* MABRIST* 2001407932 MASTATE_MORT_REL **CKCITM*

Recording Requested By:
VERDUGO TRUSTEE SERVICE CORPORATION
When Recorded Return To:
MICHAEL P WALSH
8 HORTON DR
NORTON, MA 02766

citi

ESA / PREFERRED LINE CLOSE / TERMINATION LETTER

This transaction will bring your Equity Source Account (ESA) / Preferred line to a zero balance. Since this account is open for your use as a line of credit until cancelled, we require your written authorization to freeze / close the account.

If you decide to close your account, please check the applicable option below. This will instruct us to process a payoff transaction, which will result in the release of lien on your property. At least one signature from the account holder (s) will be required in order to freeze / close the account. Even if you have previously requested that this account be frozen / closed prior to payoff, you must still include this statement (or any signed statement) requesting that the account be closed and the lien released along with your payoff to ensure proper processing of your transaction.

If you do not want your line of credit to be closed, please check the applicable box below and sign. We look forward to continuing to serve your financial needs in the future.

After completing this form, please mail along with your payment to CitiMortgage, Inc.. Thank you for your cooperation in this matter.

CITIMORTGAGE, INC.
Payoff Department

✓ YES, I wish my account number 27090 3239 1 (please specify) to be closed and the lien released on my property. I understand that all drafts presented for payment after CitiMortgage receives this account termination request, will not be honored.

_____ NO, I do not wish my account number _____ (please specify) to be closed. I hereby verify that I DID NOT REFINANCE my Equity Source Account / Preferred Line, NOR DID I SELL the property being held as collateral by CitiMortgage. I do understand that this account will remain open and that the lien securing this account will not be released.

[signature] 04/__/05
Signature / Date

[signature]
Signature / Date

MICHAEL P WALSH
Printed Name

JULIE A WALSH
Printed Name

8 Horton Dr, Norton, MA 02766
Property Address

*CitiMortgage, Inc. Performs client account servicing for Citibank, NA, Citibank (South Dakota) NA, Citibank FSB, and Citibank (West) FSB.*