UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CR No. 06-091-S |
| | : |
| JODI WALSH | : |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Andrew J. Reich, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Jodie Walsh, CR No. 06-091-S, in that Assistant United States Attorney Richard W. Rose is being withdrawn from this case.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Andrew J. Reich

ANDREW J. REICH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email-andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 26th day of March, 2007, I caused the within Notice of Notice of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Jr., Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email-andrew.reich@usdoj.gov