IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR No. 06-00091-01S |
| | : | |
| JODI WALSH | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**OBJECTION TO PRE-SENTENCE REPORT**

Comes now the United States of America, by and through its undersigned attorneys, and respectfully submits this Response to Defendant's Objection to Pre-Sentence Report. In support of this Response, the government states as follows:

As the Defendant correctly noted in her Objection, Application Note 3(A) to Guideline § 2B1.1 provides that in determining the amount of the loss for Guideline purposes, the "loss is the greater of actual loss or intended loss."

In this case the Defendant opened a line of credit at Citibank in the amount of $69,500. She used the entire credit amount at the time she opened the line of credit. Between August, 2004, and November, 2004, she printed 51 fraudulent checks on a computer system, all of which she submitted to Citibank towards her line of credit. Each of these 51 checks forms the basis of a separate count of the Indictment, to which the Defendant plead guilty on January 3, 2007. The submission of these checks to Citibank had the effect of either paying off her line of credit, or allowing her to withdraw additional amounts from her line of credit.

There can be no doubt about the fact that the intended loss in this case totaled $286,300. The only reason the actual loss to Citibank was not in this amount, was due to the fact that in most instances the banks upon which the fraudulent checks were issued discovered the fraud and

denied payment.[1]

For these reasons, the government respectfully requests this Court to calculate the Guideline range under § 2B1.1 based on the total intended loss of $286,300.

Respectfully submitted,

UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich

ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: andrew.reich@usdoj.gov

[1] Defendant's calculation of the loss is also deficient since she gives herself credit for paying off $100,025.27, despite the fact that this payment was made following discovery of the fraudulent scheme.

**CERTIFICATE OF SERVICE**

I the undersigned on this 28th of March, 2007 caused the within Government's Response to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice electronically:

Edward C. Roy, Esq.
Federal Public Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

Dennis Jenkins,
Supervising Probation Officer
U.S. Probation Office
36 Exchange Terrace
Providence, RI 02903

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail:andrew.reich@usdoj.gov