**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **VS.** | **:** | **CR. NO. 1:06-cr-91S** |
| **JODIE WALSH** | **:** | |

**MOTION TO CONTINUE SENTENCING**

NOW COMES the defendant, Jodie Walsh, and through counsel, moves this Honorable Court to continue the sentencing in this matter for an additional thirty (30) days. This case is presently scheduled for sentencing on April 6, 2007. In support of this motion, counsel states that a psychiatric consultation is ongoing. The doctor that has been hired by the Federal Defender Office was delayed in beginning the consultation because of a death in her family and was out of the office and was unable to meet with Ms. Walsh. A meeting is scheduled for the first week in April.

JODIE WALSH
By her Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 29th day of March, 2007, I served by electronic notification the within motion to Andrew Reich, AUSA, Dennis Jenkins, USPO.

/s/ Edward C. Roy